## SHARPE v. THE STATE.

HILL, J. 1. There was evidence submitted by the accused on the trial, which, if credible, was sufficient to sustain his defense of alibi; and the court erred in failing, without request, to instruct the jury on the law of that subject.

2. The other grounds of the motion for a new trial do not require a reversal.　　*Judgment reversed. All the Justices concur, except*

BECK, P. J., GEORGE, J., dissenting. Alibi as a defense involves the impossibility of the defendant having been at the scene of the crime at the time of its commission; and the range of the evidence in this case is not such as to involve that defense, or to require a charge thereon.
No. 1320. OCTOBER 14, 1919.

Indictment for rape. Before Judge Thomas. Thomas superior court. January 17, 1919.

*B. B. Earle* and *Leb. Dekle,* for plaintiff in error.

*Clifford Walker,* attorney-general, *Clifford E. Hay,* solicitor-general, and *M. C. Bennet,* contra.